DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSE JESUS NEGRETE-PEREZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) No. CR. S-07-0158 FCD |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| JOSE JESUS NEGRETE-PEREZ, | ) |
| | ) Date: May 7, 2007 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Frank C. Damrell Jr. |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Jose Negrete-Perez, that the status conference scheduled for May 7 may be continued to June 25, 2007, at 10:00 a.m.

   This is a new case. Defense counsel seeks time to review discovery and to discuss the merits of the case with Mr. Perez. Discovery includes multiple CDs of video and audio surveillance in the Spanish language. Review of these materials is expected to consume several weeks time. To have adequate time to review these materials, the parties ask to continue the status conference and to exclude time under the Speedy Trial Act from the date of this stipulation and order through the status conference on

June 25, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: May 3, 2007          /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for JOSE NEGRETE-PEREZ


                            McGREGOR SCOTT
                            United States Attorney

Dated: May 3, 2007          /s/ T. Zindel for J. Thomas
                            JILL THOMAS
                            Assistant U.S. Attorney


**O R D E R**

The status conference is continued to June 25, 2007, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: May 3, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE