DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE JESUS NEGRETE-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR. S-07-0158 FCD |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| JOSE JESUS NEGRETE-PEREZ, | ) |
| | ) Date: June 25, 2007 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Frank C. Damrell Jr. |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Jose Negrete-Perez, that the status conference scheduled for June 25 may be continued to August 13, 2007, at 10:00 a.m.

Defense counsel has requested additional discovery from the government and government counsel intends to provide the requested documents. Time will then be needed to review the information with Mr. Negrete and to determine how the case may best be scheduled. To have adequate time to review the materials, the parties ask to continue the status conference and to exclude time under the Speedy Trial Act from the date of this stipulation and order through the rescheduled status

1  conference on August 13, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
2  (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: June 21, 2007                    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JOSE NEGRETE-PEREZ


                                        McGREGOR SCOTT
                                        United States Attorney


Dated: June 21, 2007                    /s/ T. Zindel for J. Thomas
                                        JILL THOMAS
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to August 13, 2007, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

   IT IS SO ORDERED.

Dated: June 22, 2007

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. K. Retzer            2