```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    JOSE JESUS NEGRETE-PEREZ
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,     ) No. CR. S-07-158 FCD
                                  )
13           Plaintiff,           ) STIPULATION AND ORDER
                                  ) CONTINUING STATUS CONFERENCE
14      v.                        ) AND EXCLUDING TIME
                                  )
15  JOSE JESUS NEGRETE-PEREZ,     )
                                  ) Date:  August 13, 2007
16           Defendant.           ) Time:  10:00 a.m.
                                  ) Judge: Hon. Frank C. Damrell, Jr.
17  _____ )

18
```

19     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
20  of America, and defendant, Jose Negrete-Perez, that the status conference
21  scheduled for August 13 may be continued to August 27, 2007, at 10:00
22  a.m.

23     Counsel for both parties intend to meet during between August 13 and
24  27 to attempt to draft a final plea agreement.  In order to have adequate
25  time to do so, the parties ask to continue the status conference and to
26  exclude time under the Speedy Trial Act from the date of this stipulation
27  /////
28  /////

1  and order through the rescheduled status conference on August 27, 2007,
2  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 8, 2007          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for JOSE NEGRETE-PEREZ


                               McGREGOR SCOTT
                               United States Attorney

Dated: August 8, 2007          /s/ T. Zindel for J. Thomas
                               JILL THOMAS
                               Assistant U.S. Attorney


**O R D E R**

The status conference is continued to August 27, 2007, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: August 8, 2007          _____
                               FRANK C. DAMRELL, JR.
                               UNITED STATES DISTRICT JUDGE