DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE JESUS NEGRETE-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:07-cr-0158 FCD |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **MODIFYING SENTENCING SCHEDULE** |
| | ) |
| JOSE JESUS NEGRETE-PEREZ, | ) |
| | ) Date:  November 5, 2007 |
| Defendant. | ) Time:  10:00 a.m. |
| | ) Judge: Hon. Frank C. Damrell Jr. |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Jose Jesus Negrete-Perez, through their respective attorneys, that the hearing on judgment and sentence may be continued to November 26, 2007, at 10:00 a.m., and that the existing presentence report schedule be modified as follows.

   Proposed PSR due             October 29, 2007
   Informal objections due      November 5, 2007
   Final PSR due                November 12, 2007
   Motion to correct due        November 19, 2007

   Defense counsel is in jury trial and unavailable and requests

additional time to interview with the probation officer for preparation and submission of his draft report.  Accordingly, the parties ask the Court to adopt the amended schedule set forth above.

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

Dated:  September 24, 2007        /s/ T. Zindel
                                                TIMOTHY ZINDEL
                                                Assistant Federal Defender
                                                Attorney for JOSE NEGRETE-PEREZ

                                                McGREGOR SCOTT
                                                United States Attorney

Dated:  September 24, 2007        /s/ T. Zindel for Jill Thomas
                                                JILL THOMAS
                                                Assistant U.S. Attorney

## O R D E R

    The amended schedule above is adopted and hearing on judgment and sentence is continued to November 26, 2007, at 10:00 a.m.

    IT IS SO ORDERED.

Dated:  September 26, 2007

                                                FRANK C. DAMRELL, JR.
                                                UNITED STATES DISTRICT JUDGE